

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00427-CR

**JARVIS DWYANE TYSON,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the 12th District Court
Walker County, Texas
Trial Court No. 25638**

## MEMORANDUM OPINION

Jarvis Dwyane Tyson appealed his conviction for aggravated assault. *See* TEX.
PENAL CODE ANN. § 22.02(a)(1) (West 2011). He has now filed a motion to dismiss his
appeal which he and his attorneys have signed.

Tyson's motion is granted, and this appeal is dismissed. TEX. R. APP. P. 42.2(a).


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 1, 2014
Do not publish
[CR25]